Civil Action No. 5:26-cv-05272-PCP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* HSE AMERICAS INC., a Delaware corporation; was received by me on *(date)* Jun 9, 2026, 9:30 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Maddie Bright, Client Rep / Agent at Corporation Service Company , who is designated by law to accept service of process on behalf of *(name of organization)* HSE AMERICAS INC., a Delaware corporation; on *(date)* Wed, Jun 10 2026 at 1:35pm ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $211.00.

I declare under penalty of perjury that this information is true.

Date: 06/10/2026

_____
*Server's signature*

John Adams - ID 1445 - Process Server
_____
*Printed name and title*

2900 Adams St Ste C250, Riverside, CA 92504
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jun 10, 2026, 1:35 pm PDT at CORPORATION SERVICE COMPANY: 2710 Gateway Oaks Drive 150N, Sacramento, CA 95833 received by Maddie Bright, Client Rep / Agent. Age: 45; Ethnicity: Caucasian; Gender: Female; Weight: 145; Height: 5'5"; Hair: Brown;
By serving an Agent / Person Authorized

DOCUMENTS:
Complaint; Summons; Certificate of Interested Parties; Notice of Case Management Conference; Judge Pitts' Civil Standing Order; Judge Pitts Standing Order re: Discovery Disputes Not Referred to the Magistrate Judge; Standing Order For All Judges Of The Northern District Of California; Judge Pitts' Civil Trial Standing Order; Judge Pitts' Summary Judgment Standing Order; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; ECF Registration Information.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the Northern District of California

HSE PACIFIC PTY LTD, an Australian private company; and CHRIS NEWTON, an individual

|  |  |
|---|---|

*Plaintiff(s)*

v.

HSE AMERICAS INC., a Delaware corporation;
NICOLAS DOMEYKO, an individual;
SONIA DOMEYKO, an individual;
BRANDEN RACZKOWSKI, an individual; and
DOES 1 through 25, inclusive

*Defendant(s)*

Civil Action No.  **5:26-cv-05272-PCP**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  HSE AMERICAS INC., a Delaware corporation
2261 Market Street, Suite 85489
San Francisco, California 94114

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Tyler Henry Hunt, Esq.
Simon Truong, Esq.
HUNT HUNT & WINTERBOTTOM LLP
19200 Von Karman Avenue, Suite 210
Irvine, California 92612
Telephone: (949) 617-0000
UNITED STATES

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Mark B. Busby
*CLERK OF COURT*

*Gina Agustine*
Gina Agustine

Date:  **June 5, 2026**

*Signature of Clerk or Deputy Clerk*